UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.S. (A MINOR) BY AND THROUGH JILL AND KRIS SULKA AS GUARDIANS AD LITEM FOR S.S.,

   Plaintiff,

   v.

OAKLAND UNIFIED SCHOOL DISTRICT,

   Defendant.

Case No.  16-cv-05632-HSG

**ORDER DENYING STIPULATION AND SETTING SCHEDULE**

Re: Dkt. No. 18

Having reviewed the parties' stipulation, Dkt. No. 18, the Court hereby **DENIES** the stipulation and **SETS** the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Litigation Event | Date |
| --- | --- |
| Deadline to Amend Pleadings | March 1, 2017 |
| Close of Fact Discovery | July 14, 2017 |
| Last Day to Hear Dispositive Motions | September 7, 2017 at 2:00 p.m. |
| Close of Expert Discovery | October 13, 2017 |
| Pretrial Conference | November 14, 2017 at 3:00 p.m. |
| Jury Trial | December 4, 2017 at 8:30 a.m.  (five days) |

**IT IS SO ORDERED.**

Dated:   1/23/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge