LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS (SBN: 212825)
CLAUDIA LEED, ESQ. (SBN: 122676)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:   (925) 974-8601
E-mail:   lleone@leonealberts.com
          kalberts@leonealberts.com
          cleed@leonealberts.com

Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT

JAY JAMBECK, ESQ. (SBN: 226018)
MANDY LEIGH, ESQ. (SBN: 225748)
Damien Troutman, ESQ. (SBN: 286616)
**LEIGH LAW GROUP, PC**
870 Market Street, Suite 1157
San Francisco, CA
Telephone:   (415) 339-9155
Facsimile:   (415) 795-3733
E-mail:   jjambeck@leighlawgroup.com

Attorneys for Plaintiff
S.S. (a minor) by and through, JILL and KRIS SULKA, as Guardians ad Litem for S.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S. (a minor) by and through, JILL and KRIS SULKA, as Guardians ad Litem for S.S.,<br><br>Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT And Does 1-30, inclusive,<br><br>Defendants. | **Case No.:  16-cv-05632-HSG**<br><br>**STIPULATION AND AMENDED SCHEDULING ORDER** |

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to request that the Court order the following revised scheduling order in this matter:

| Litigation Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | July 14, 2017 | August 11, 2017 |
| Disclosure of experts and Rule 26 expert reports pursuant to FRCP Rule 26 2 (A) and (B) | None ordered | September 14, 2017 by 5:00 p.m. (served electronically) |
| Last Day to Hear Dispositive Motions | September 7, 2017 at 2:00 p.m. | September 21, 2017 at 2:00 p.m. |
| Disclosure of supplemental rebuttal expert reports | None ordered | September 25, 2017 by 5:00 p.m. (served electronically) |
| Deadline to complete discovery and depositions of therapists, medical and psychological care providers | None ordered | October 13, 2017 |
| Last day to complete expert discovery | October 13, 2017 | No change proposed |
| Pretrial Conference | November 14, 2017 at 3:00 p.m. | No change proposed |
| Jury Trial | December 4, 2017 | No change proposed |

Good cause exists for the requested amendment to the scheduling order on several grounds. The scheduling of the depositions of several witnesses before the current fact discovery cut off is not possible due to a combination of their unavailability and the pre-planned family vacations of counsel for both parties. The amended schedule permits the parties to hold off on briefing of defendant's motion for summary judgment until after the Mediation scheduled for July 26, 2017. The proposed amended schedule does not disrupt deadlines to complete expert disclosure, or the dates of the Pre-trial Conference and Trial.

///

///

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: July 5, 2017  **LEIGH LAW GROUP**

By: _____/s/, Jay Jambeck_____
JAY JAMBECK, ESQ.
Attorneys for Plaintiff
S.S. (a minor) by and through, JILL and KRIS SULKA, as Guardians ad Litem for S.S.

Dated: July 5, 2017  **LEONE & ALBERTS**

By: _____/s/, Katherine Alberts_____
LOUIS A. LEONE, ESQ.
KATHERINE A. ALBERTS, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the scheduling order in this matter is hereby amended as follows:

| **Litigation Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Close of Fact Discovery | July 14, 2017 | August 11, 2017 |
| Disclosure of experts and Rule 26 expert reports pursuant to FRCP Rule 26 2 (A) and (B) | None ordered | September 14, 2017 by 5:00 p.m. (served electronically) |
| Last Day to Hear Dispositive Motions | September 7, 2017 at 2:00 p.m. | September 21, 2017 at 2:00 p.m. |
| Disclosure of supplemental rebuttal expert reports | None ordered | September 25, 2017 by 5:00 p.m. (served electronically) |
| Deadline to complete discovery and depositions of therapists, medical and psychological care providers | None ordered | October 13, 2017 |

| Last day to complete expert discovery | October 13, 2017 | No change proposed |
|---|---|---|
| Pretrial Conference | November 14, 2017 at 3:00 p.m. | No change proposed |
| Jury Trial | December 4, 2017 | No change proposed |

**IT IS SO ORDERED:**

Dated: July 7, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE