LOUIS A. LEONE, ESQ. (SBN: 099874)
KATHERINE A. ALBERTS (SBN: 212825)
**LEONE & ALBERTS**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-mail: lleone@leonealberts.com
kalberts@leonealberts.com

Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT

JAY JAMBECK, ESQ. (SBN: 226018)
MANDY LEIGH, ESQ. (SBN: 225748)
Damien Troutman, ESQ. (SBN: 286616)
**LEIGH LAW GROUP, PC**
870 Market Street, Suite 1157
San Francisco, CA
Telephone: (415) 339-9155
Facsimile: (415) 795-3733
E-mail:jjambeck@leighlawgroup.com

Attorneys for Plaintiff
S.S. (a minor) by and through, JILL and KRIS SULKA, as Guardians ad Litem for S.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.S. (a minor) by and through, JILL and KRIS SULKA, as Guardians ad Litem for S.S.,<br>   Plaintiff,<br><br> vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT And Does 1-30, inclusive,<br><br>   Defendants. | **Case No.: 16-cv-05632-HSG**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF**<br>**ACTION WITH PREJUDICE** |

The parties in the above captioned matter hereby stipulate by and through their undersigned counsel of record as follows:

WHEREAS Plaintiff S.S., a minor, by and through her guardians ad litem, JILL and KRISS SULKA, and Defendant OAKLAND UNIFIED SCHOOL DISTRICT (collectively hereinafter "PARTIES") reached a settlement agreement which embodies the PARTIES agreement and waiver and release of claims;

WHEREAS, the settlement agreement resolves the matter in its entirety; and

WHEREAS, all conditions of the settlement agreement have been performed and met, including, but not limited to, approval of the settlement by this Court and payment of the settlement proceeds;

WHEREAS, all conditions of the Court's November 9, 2017 Order Granting Motion To Approve Settlement Agreement of Minor's Claim and Apportionment of Settlement Proceeds have been met;

THEREFORE the PARTIES to Case No. 3:17-cv-03418-JD, by and through their undersigned counsel of record, respectfully request that the Court issue an order dismissing this matter with prejudice in its entirety. Each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: August 2, 2018  LEIGH LAW GROUP, P.C.

By: /s/ Jay T. Jambeck
Jay T. Jambeck
*Attorneys for Plaintiff*

Dated: August 2, 2018  LEONE & ALBERTS

By: /s/Katherine A. Alberts
Katherine A. Alberts
*Attorneys for Defendant*

I, Katherine A. Alberts, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE. In compliance with Local Rule 5-1(i)(3), I hereby attest that attorney Jay Jambeck has concurred in this filing.

    /s/ Katherine A. Alberts
KATHERINE A. ALBERTS, ESQ.

**ORDER**

Pursuant to the Stipulation of the Parties, Case No. 16-cv-05632-HSG is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: August 6, 2018

_____
Hon. Haywood S. Gilliam, Jr.
Judge of the United States District Court
Northern District of California